CHARLES A. A'HEARN, Respondent, v. SERVOMECHANISMS, INC., Appellant. (Appeal No. 2.) — In an action to recover damages for breach of a contract pursuant to which plaintiff was to perform services in connection with a proposed group insurance plan, defendant appeals from an order denying its motion to dismiss the complaint, based upon the pleadings and upon admissions by plaintiff pursuant to section 322 of the Civil Practice Act. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur. [See *post*, p. 1036; 282 App. Div. 740.]

SIDNEY D. BLOCK, Appellant, v. IRVING AARONSON, Respondent.— Plaintiff appeals from an order entered February 20, 1952, marking the action off the General Calendar of the Trial Term of the Supreme Court, Kings County, and placing it on a Deferred Calendar, made in pursuance of subdivision (bb) of rule II of the Rules of said Trial Term and from an order dated May 1, 1952, denying his motion to vacate the order entered February 20, 1952, and to restore the action to the General Calendar. Order dated May 1, 1952, reversed, without costs, and motion granted, without costs. The affidavit of the physician who treated plaintiff for his injuries, the hospital record, and the bill of particulars do not indicate that this is a proper case for the application of the stated rule. Appeal from the order entered February 20, 1952, dismissed, without costs. No such order is printed in the papers on appeal. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

DE LANCY COLE CAMP, No. 78, SONS OF VETERANS, INC., Appellant, v. ERNEST E. BALLARD et al., Defendants, and NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York, Respondent.— In an action for a judgment declaring the rights of the parties, plaintiff appeals from an order insofar as said order denies its motion to require the defendant Attorney-General of the State of New York to separately state and number counterclaims set up on his second amended answer. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.